IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| KARINA QUINONES,<br><br>**Plaintiff**,<br><br>v.<br><br>UNIVERSITY OF PUERTO RICO, *et al.*,<br><br>**Defendants**. | **CRIMINAL NO.** 14-1331 (JAG) |

**ORDER**

GARCIA-GREGORY, D.J.

Before the Court is a Motion to Dismiss filed by the Defendants. Docket No. 40. The Court has reviewed and carefully analyzed the Defendants' Motion and the parties' related briefs, i.e., Plaintiff's Response in Opposition and the Defendants' Reply. The Court finds that the briefs were quite repetitive and poorly organized. Since there are various issues that were not thoroughly discussed, the Court hereby orders the parties to file supplemental briefs addressing the following questions:

1. Whether the requirement to exhaust administrative remedies, specifically the filing of an EEOC charge, applies to claims under the Americans with Disabilities Act ("ADA") and the Rehabilitation Act.

2. Whether a rehabilitated alcoholic or addict is a qualified disabled individual within the meaning of ADA and the Rehabilitation Act.

3. Whether a request for reinstatement constitutes a request for reasonable accommodation within the meaning of ADA and the Rehabilitation Act.

Each party must address these three issues and may use up to twelve (12) pages to do so. The parties must strictly adhere to this page limit and shall refrain from utilizing block quotes that merely recite the case law. Finally, the parties must file their respective supplemental briefs by **January 19, 2015.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of January, 2015.

S/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge
